UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA ALVAREZ, an individual,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>KEVIN K. MCALEENAN, SECRETARY OF UNITED STATES DEPARTMENT OF HOMELAND SECURITY; SANDRA ULLOA, an individual; and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.: 19-CV-1958 TWR (RBB)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>(ECF Nos. 1, 4) |

On August 11, 2021, the Court ordered Plaintiff Angelica Alvarez to show cause by August 25, 2021, why this civil action should not be dismissed without prejudice for failure to effect service pursuant to Federal Rule of Civil Procedure 4(m) and failure to prosecute pursuant to Southern District of California Civil Local Rule 41.1(a).  (*See generally* ECF No. 4.)  As of the date of this Order, Plaintiff has failed to respond to the Court's Order to Show Cause.  (*See generally* Docket.)  Accordingly, the Court **DISMISSES WITHOUT**

/ / /

/ / /

/ / /

1  **PREJUDICE** this action for failure to prosecute pursuant to Rule 4(m) and Civil Local
2  Rule 41.1(a).  The Clerk of Court **SHALL CLOSE** the file.
3     **IT IS SO ORDERED**.

5  Dated:  August 31, 2021

*[signature]*
Honorable Todd W. Robinson
United States District Court